**SCANNED**

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U. S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

AUG 26 2016

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:16-cr-00112-JAW |
| | ) |
| ISF TRADING COMPANY | ) |

## PROSECUTION VERSION

If the United States was required to try the above-captioned case, it would prove beyond a reasonable doubt that defendant Atushi Atchan Tamaki owns, operates and is the president of ISF Trading Company (ISF) a company headquartered at 390 Commercial Street, on Hobson's Wharf, in Portland, Maine. ISF processes seafood including slime eels, rock crab, sea cucumbers, and sea urchins, principally for export to Asian markets. ISF obtains between a 10-20% yield of roe from processing live sea urchins, meaning that it obtains between 1 to 2 pounds of roe from every 10 pounds of live urchins that it processes. In the domestic market, ISF sells processed sea urchin roe for between about $36 and about $41 per pound. It sells roe to the Asian market at a higher price.

Matthews Seafood was a Canadian seafood dealer located in New Brunswick, Canada. At times relevant to the charges in the Information, it was owned and operated by Lawrence and Drusilla Ray, who bought the company from Stephan Matthews in 2008.

Canadian law creates a prevention-based food safety system that imposes requirements on, inspects for compliance, and certifies, food dealers and processors. The requirements for certification include having an acceptable quality management plan and submitting to inspection. In addition, Canadian Fish Inspection Regulations require that exported fish be processed and

1

stored by registered, certified establishments or by persons with fish export licenses. The Canadian food safety system and Fish Regulations are administered by the Canadian Food Inspection Agency (CFIA) to ensure that fish is wholesome, documented and authentic and not tainted or misleading. At times relevant to the charges in the Information, Matthews Seafood was licensed to process seafood by the CFIA.

TGK Fisheries was a seafood processor owned by Jodi and Lydon Mitchell and located in Grand Manan, New Brunswick, Canada. It was not licensed by CFIA.

On seven occasions between December 31, 2010 and February 1, 2011, ISF imported a total of approximately 48,000 pounds of live sea urchins from TGK through the Calais, Maine Port of Entry, using Livingston International as customs broker. Atchan Tamaki negotiated an arrangement with Jodi Mitchell for the purchase of such urchins with the understanding that he would be responsible for handling the paperwork and for complying with laws and regulations. ISF used Matthews Seafood's name as the shipper on the labels, invoices and manifests for these shipments. Matthews was not involved in the importations, and ISF used its name without permission. ISF office manager Lan Gao signed the declaration for importation and provided a letter in support of the shipments.

More specifically, in this way, on about December 31, 2010, ISF imported 71 totes containing 5,680 pounds of urchins, identified as costing $2 per pound. On about January 4, 2011, ISF imported 37 totes containing 2,960 pounds of urchins, identified as costing $2 per pound. On about January 5, 2011, ISF imported 105 totes containing 8,400 pounds of urchins, identified as costing $2 per pound. On about January 8, 2011, ISF imported 21 totes containing 1,680 pounds of urchins, identified as costing $2 per pound. On about January 18, 2011, ISF imported 63 totes containing 5,040 pounds of urchins, identified as costing $1 per pound. On

about January 20, 2011, ISF imported 232 totes containing 16,240 pounds of urchins, identified as costing $1 per pound. Two different ISF drivers used three different Freightliner trucks to transport these six loads.

On about February 1, 2011, ISF attempted to import 100 totes containing 8,000 pounds of urchins, identified as costing $1 per pound. The invoice falsely stated that the urchins had been shipped by Matthews Seafood. At the Calais Port of Entry, Driver John Haley provided the invoice to Customs and Border Protection Officer John Dobbs. Dobbs inspected Haley's truck and observed that there were no labels on any of the totes as required by law. Dobbs asked and Haley said that he had labels for another shipment. Haley asked Dobbs if he could use those labels for this shipment and Dobbs told Haley he could not.

Dobbs refused entry and reported the matter to Deborah Boone at CFIA. Boone contacted Matthews Seafood plant manager Ralph Brown who advised that they were not the shipper and hadn't shipped urchins since 2007. Boone informed Dobbs. Brown independently called CBP Officer Dobbs to advise him that Matthews was not the shipper of the urchins at the border. Brown also called Laura Guay, service manager at Livingston International's Champlain office. Guay called ISF and spoke with ISF manager Lan Gao who referred her to owner Atchan Tamaki.

Thereafter, Tamaki made repeated calls to Matthews Seafood owners Lawrence and Drusilla Ray in an effort to get them to claim the urchins. He asked the Rays to claim responsibility for the urchins, told them that he had used their name in this way on 2 to 3 prior occasions, and he offered to pay the Rays if they would claim the urchins. The Rays refused to do so.

Tamaki also called and spoke with Laura Guay and Livingston International Director of Delivery Service Roger Niemel. To them, Tamaki admitted that he had gotten the urchins from TGK, not Matthews.

On June 22, 2011, agents executed a search warrant on ISF's headquarters in Portland. Tamaki came to the scene and spoke with Department of Homeland Security Special Agent Brock Lanpher. Among other things, Tamaki admitted knowing that the urchins had come from TGK not Matthews, admitted knowing that TGK was not registered to ship them, and admitted that he had spoken to the Rays and had asked them to claim responsibility for the load of urchins that had been refused entry at the border.

Conservatively estimated, the 48,000 pounds of live sea urchins that ISF illegally imported from TGK processed down to at least 4,800 pounds of roe which ISF resold for at least $36 per pound such that the market value to ISF from the 48,000 pounds of live urchins was at least $172,800.

Dated: 8/19/16

Halsey B. Frank
Assistant United States Attorney