UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:16-cr-00112-JAW |
| | ) | |
| ISF TRADING COMPANY | ) | |

## ORDER ON PAYMENT OF FINE

The parties have submitted to the Clerk the Irrevocable Standby Letter of Credit No. 016-013 issued by Norway Savings Bank, and a Sight Draft to Norway Savings Bank to be used to pay the fine portion of the criminal judgment against ISF Trading Company in the above-captioned case.

The Court hereby DIRECTS the Clerk to execute the Sight Draft in the amount of $549,700, which represents the outstanding amount that the Defendant owes in fines ($552,500) less the special assessment ($2,800) that ISF Trading Company has paid twice, and present the executed Sight Draft to Norway Savings Bank to initiate payment of the outstanding fine imposed on Defendant. Should the funds fail to be delivered to the Clerk for any reason, Defendant shall receive no credit for payment and shall remain liable for the full amount of the outstanding fine.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 12th day of July, 2017